# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONALD RUDOLPH,**

        **Plaintiff,**

**-vs-**           Case No. 6:10-cv-1230-Orl-31DAB

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

        **Defendant.**
_____/

# ORDER

This matter comes before the Court on the Motion for Partial Summary Judgment (Doc. 42) filed by the Plaintiff, Donald Rudolph ("Rudolph") and the response (Doc. 44) filed by the Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"). This is an uninsured motorist insurance dispute. According to the allegations of the Complaint, while driving his car and turning left, Rudolph was struck by a driver who ran a red light.

In this motion, Rudolph seeks summary judgment as to certain affirmative defenses raised by State Farm, his uninsured motorist carrier. Specifically, Rudolph seeks summary judgment as to State Farm's contentions (1) that Rudolph's own negligence caused or contributed to his injuries; (2) that Rudolph failed to use a seat belt, which failure contributed to his injuries; and (3) that any recovery from State Farm for Rudolph's injuries must be reduced by the portion of the harm caused by third parties (*i.e.*, a *Fabre* defense). (Doc. 4 at 2).

Rudolph contends that there is no evidence that he was negligent, that he failed to use a seat belt, or that any third party contributed to his injuries. State Farm does not oppose the entry of summary judgment as to these points. Accordingly, it is hereby

**ORDERED** that the Motion for Partial Summary Judgment (Doc. 42) filed by the Plaintiff, Donald Rudolph, is **GRANTED**, and State Farm will not be permitted to pursue at trial its comparative negligence, seat belt, and *Fabre* affirmative defenses.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 19, 2011.

_____
**GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party